No. 98–9804. BILES v. SMITH, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 98–9806. MAZZAGLIA v. MAZZAGLIA. Sup. Ct. N. H. Certiorari denied.

No. 98–9807. LANCASTER v. STUBBLEFIELD, SUPERINTENDENT, MISSOURI EASTERN CORRECTIONAL CENTER, ET AL. Ct. App. Mo., Eastern Dist. Certiorari denied.

No. 98–9809. TURNER v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 98–9810. WILLIAMS v. UNITED STATES ET AL. C. A. 4th Cir. Certiorari denied.

No. 98–9811. VERNATTER v. HOLLAND ET AL. C. A. 4th Cir. Certiorari denied.

No. 98–9812. ZIGMUND v. SOLNIT ET AL. C. A. 2d Cir. Certiorari denied.

No. 98–9813. WILSON v. MILLHOUSE. C. A. 6th Cir. Certiorari denied.

No. 98–9814. TAYLOR v. COUNTRY BROOK ESTATES. Cir. Ct. Jefferson County, Ky. Certiorari denied.

No. 98–9815. RIDDICK v. WRIGHT, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 98–9816. SHERRILL v. PICO. Int. Ct. App. Haw. Certiorari denied.

No. 98–9817. PEREZ v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 98–9818. PINNOCK v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 98–9820. RONDEAU v. NEW HAMPSHIRE ET AL. C. A. 1st Cir. Certiorari denied.

No. 98–9821. RODRIGUEZ-RODRIGUEZ v. BITTENBENDER ET AL. C. A. 5th Cir. Certiorari denied.